**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1461

VEDA PRYOR,

Plaintiff – Appellant,

v.

PETE GEREN, Secretary of the US Army; ROBERT M. FANO, Chief, Civilian Personnel Law Team; EUGENE JOHNSON, Compensation Specialist,

Defendants – Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge. (8:09-cv-01366-AW)

Submitted:  October 19, 2010          Decided:  October 25, 2010

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Veda Pryor, Appellant Pro Se.  Michael Justin Friedman, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, Neil R. White, Assistant United States Attorney, Greenbelt, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Veda Pryor appeals the district court's granting Defendants' motion to dismiss her complaint filed under Title VII of the Civil Rights Act of 1964 and the Rehabilitation Act of 1973. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pryor v. Geren, No. 8:09-cv-01366-AW (D. Md. Apr. 7, 2010). We further deny Pryor's motion for transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED